UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,            :        21-Cr-294 (SHS)

                -against-            :

ERICK SPIVEY,                        :        ORDER

                Defendant(s).        :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that the defendant is remanded to the custody of the

U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.