UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-294 (SHS) |
| -v- | : | <u>ORDER</u> |
| ERICK SPIVEY, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of defendant is adjourned to November 1, 2021, at 2:30 p.m., and will be held in Courtroom 23A.

Dated: New York, New York
       September 23, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.